UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEMARCUS O'BRIAN STEWART #00740218 | CASE NO. 22-cv-2427 SEC P |
| -vs- | JUDGE DRELL |
| LA DEPT OF CORRECTIONS | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), and after independent (*de novo*) review of the record including the objection filed herein (Doc. 9), and having determined that the findings and recommendation are correct under the applicable law, it is

ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana this 27 day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT